APPEAL No. 1987. JOHN RAGANO v. MARY GIULIANO *et al.* Motion of defendant Reynolds G. Northup, Bristol Town Treasurer; to dismiss appeal of defendant New England Telephone & Telegraph Company granted. Joslin, J., not participating.

*James M. Shannahan,* for plaintiff. *Joseph, A. Kelly,* for defendant Reynolds G. Northup; *Dewitte T. Kersh, Jr.,* for defendant New England Telephone and Telegraph Company.